IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EVERBANK,

        Plaintiff,

v.

JONNIE NEWTON, et al.,

        Defendants.

CIVIL ACTION
NO. 12-4245

# **ORDER**

**AND NOW**, this 21st day of November 2012, upon consideration of Plaintiff's Objection to Defendants' Notice of Removal (Doc. No. 5) and the arguments of the parties at the hearing held on October 10, 2012, it is **ORDERED** as follows:

1. Plaintiff's Objection to Defendants' Notice of Removal (Doc. No. 5) is **GRANTED**.

2. The Clerk of Court shall remand this case back to the Philadelphia Court of Common Pleas.

3. Any outstanding motions are **DENIED AS MOOT**.

4. The Clerk of Court shall close this case for statistical purposes.

                                              BY THE COURT:

                                              /s/ Joel H. Slomsky
                                              JOEL H. SLOMSKY, J.